IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| SHELLY PARKER | ) | Nos.  12-7021 |
|     Appellee, | ) |        12-7022 |
| DICK ANTHONY HELLER | ) | |
|     Appellant, | ) | |
| TOM G. PALMER, et al., | ) | |
|     Appellees, | ) | |
|         v. | ) | |
| DISTRICT OF COLUMBIA, | ) | |
|     Appellee/Cross-Appellant | ) | |

## JOINT MOTION TO DISMISS APPEALS

The parties have settled their dispute.

Undersigned counsel for Appellant affirms that he has met and conferred with Todd Kim, counsel for the District of Columbia, at which time the parties agreed to file this motion jointly, dismissing the appeals, pursuant and without prejudice to their respective rights in the settlement agreement being currently implemented.

Wherefore, pursuant to Fed. R. App. Proc. 42, the parties respectfully request that these appeals be dismissed.

Dated:  April 2, 2012          Respectfully submitted,

                                        By:  /s/ Alan Gura
                                              Alan Gura
                                              Gura & Possessky, PLLC
                                              101 N. Columbus Street, Suite 405
                                              Alexandria, VA 22314
                                              703.835.9085/703.997.7665
                                              alan@gurapossessky.com

By: /s/ Todd Kim
Todd Kim
Office of the Attorney General, Dist. Of Columbia
441 4th Street, N.W.,
Washington, D.C. 20016
202.724.6609/202.730.0647
Todd.kim@dc.gov